IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-052-CV





JORDAN B. MONTIE,



 APPELLANT


vs.





CITY OF GIDDINGS,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT



NO. 92-15872-A, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING



 




PER CURIAM


 The parties have filed an agreement to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.


Before Justices Powers, Aboussie and Jones

Dismissed on Agreed Motion

Filed: May 4, 1994

Do Not Publish